IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No: 3:25-cv-00087-KDB-DCK

|  |  |
|---|---|
| CHRIS COMISKEY and VICTORIA COMISKEY,<br><br>        Plaintiffs,<br><br>v.<br><br>VILLAGE OF MARVIN and KIM VANDENBERG as mayor pro tempore, and KIM VANDENBERG in her individual capacity,<br><br>        Defendants. | **JOINT STATUS REPORT** |

Now come Chris and Victoria Comiskey ("Plaintiffs") and the Village of Marvin and Kim Vandenberg ("Defendants") (collectively, "Parties"), by and through the undersigned counsel and submit this Joint Status Report pursuant to the Court's April 20, 2026, Order requesting that the Parties submit a Status Report discussing the following: (1) the status and relevance of the related action in the Superior Court of Union County, North Carolina; (2) the extent to which the parties have narrowed or resolved any of the claims in the Amended Complaint; (3) whether Plaintiffs' first cause of action for declaratory relief re-filed in this action is moot; and (4) any other information the parties want this Court to consider at this stage of litigation.

### 1. Superior Court Claim

The matter before the Superior Court is limited to Plaintiffs' cause of action for declaratory relief which is centered around whether the easement granted to the Village was legal. (D.E. 14

¶¶ 75–86). The Superior Court granted the Village's motion to dismiss the claim for declaratory relief by order entered on July 21, 2025. Plaintiffs filed a notice of appeal on July 24, 2025.

On September 9, 2025, the Superior Court granted Plaintiffs' motion for an injunction pending appeal and enjoined the Village from engaging in any physical construction activities on the disputed easement. Plaintiffs' appeal remains pending.

The parties do not believe that any disposition of the claims in State Court would resolve the issues pending in this action.

### 2. Remaining Issues in Amended Complaint

No issues or causes of action have been resolved in the Amended Complaint before this Court. Plaintiffs and the Village have, however, engaged in settlement talks and may be close to reaching an agreement in principle that would resolve all of Plaintiffs' claims against the Village in this action, including but not limited to Plaintiffs' claims in this action against Vandenberg in her official capacity. If the settlement is finalized, Plaintiffs' claims against Defendant Vandenberg, in her individual capacity, would remain at issue in this action.

### 3. Plaintiff's First Cause of Action

The parties agree that Plaintiffs are not seeking any declaratory relief with respect to the easement through this action—the claim is not moot in that it still involves a live controversy, but that controversy is, pursuant to Judge Bell's order, (D.E. 2), being resolved entirely through the Superior Court action.

### 4. Any Other Information

As discussed above, Plaintiffs and the Village have exchanged settlement offers and may be close to an agreement that would result in Plaintiffs' dismissal of all claims against the Village in this action, the dismissal of all claims against Vandenberg in her official capacity in this action,

2

and the resolution of Plaintiffs' claims at issue in the Superior Court action. It is also Plaintiffs intention to move this Court for leave to amend their claims in this action against Vandenberg and for leave to join certain non-party individuals (not government officials) as defendants.

For these reasons, <u>Plaintiffs</u> request that this Court stay its consideration and ruling on Defendants' motion to dismiss for 30 days, such that Plaintiffs and the Village may finalize their agreement and, then, Plaintiffs may prepare and file their motion for leave to amend and join additional defendants.

[Signatures on following page.]

Respectfully,



By:   /s/ Nicholas E. Williams
      Bo Caudill
      N.C. State Bar No. 45104
      Nicholas Williams
      N.C. State Bar No. 61968
      P.O. Box 18186
      Charlotte, NC 28218
      bocaudill@villmercaudill.com
      nickwilliams@villmercaudill.com
      VILLMER CAUDILL, PLLC
      P.O. BOX 18186
      Charlotte, NC 28218
      Tel: 704-216-8120
      Fax: 704-705-8191
      *Counsel for Plaintiffs*

      CRANFILL SUMNER LLP

By:   /s/ Jake W. Stewart
      Jake W. Stewart
      N.C. State Bar No. 51157
      P.O. Box 30787
      Charlotte, NC 28230
      jstewart@cshlaw.com
      Tel: 704-332-8300
      Fax: 704-332-9994
      *Attorney for Defendants*

4